### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|         Plaintiff,    ) | |
|     )     | 8:00CR144 |
|    vs.    ) | |
|      )    | ORDER |
| LAURA A. SEGER,    ) | |
|         Defendant.    ) | |

Defendant Laura A. Seger appeared before the court on Monday, January 7, 2013 on a Petition for Offender Under Supervision [84]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin on behalf of Bruce W. Gillan. Through her counsel, the defendant waived her right to a probable cause hearing on the Petition for Offender Under Supervision [84] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is not a flight risk, the court finds the defendant has failed to carry her burden and that he should be detained pending a dispositional hearing before Senior Judge Kopf.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, on **February 21, 2013 at 12:30 p.m.** Defendant must be present in person.

2. The defendant, Laura A. Seger, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 7th day of January, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge