IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:00CR144 |
| V. | ) | |
| LAURA A. SEGER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for release (filing no. 107) is denied. The Clerk of Court shall send a copy of this order to the defendant at her last known address.

DATED this 12th day of February, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge